IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

YOLANDA A. THOMAS,                    *

          Plaintiff                   *

vs.                                   *
                                              CASE NO. 4:07-CV-128(CDL)
MICHAEL J. ASTRUE, Commissioner       *
of Social Security,
                                      *
          Defendant                   *
_____     *

O R D E R

     After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 17, 2008, is hereby approved, adopted, and made the Order of the Court.

     The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

     The Court observes that it is aware that the Magistrate Judge erroneously cited to a Social Security ruling that was superseded. However, having reviewed the record, the Court finds that the citation error constitutes harmless error and does not affect the validity of the Magistrate Judge's ultimate conclusions.

     IT IS SO ORDERED, this 4th day of November, 2008.

                                          S/Clay D. Land
                                          _____
                                             CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE